THE STATE EX REL. PEARSON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Pearson v. Indus. Comm.* (1998), 82 Ohio St.3d 180.]

(No. 95–2140—Submitted May 12, 1998—Decided June 17, 1998.)

*Kondritzer, Gold, Frank & Crowley Co., L.P.A.,* and *Lane N. Cohen,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellees.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and grant relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666, by ordering the Industrial Commission to allow compensation for permanent total disability.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.